UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:23-CR-00205-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Richard Arellano-Mendoza, | |
| Defendant. | |

Defendant Richard Arellano-Mendoza brings two motions. One, he seeks to dismiss count four of his indictment, which charges him with violating 18 U.S.C. § 111(b) because he argues § 111(b) violates his due process rights under the Fifth Amendment. *See generally* ECF No. 32. Two, he also moves to strike count four of the indictment as a predicate offense for count six because he claims § 111(b) is not categorically a crime of violence and cannot serve as a predicate crime for the count six charge based on 18 U.S.C. § 924(c). *See generally* ECF No. 33. The government opposes both motions. *See* ECF Nos. 35–36. On January 14, 2025, the court heard oral argument on both motions. Emily Sauvageau appeared for the government. Megan Hopkins and Christina Sinha appeared for Arellano-Mendoza. *See* Mins. Mot. Hr'g (Jan. 14, 2025), ECF No. 37.

The court **denies** Arellano-Mendoza's motion to dismiss as it is foreclosed by precedent. *See United States v. Feola*, 420 U.S. 671 (1975); *United States v. Mobley*, 803 F.3d 1105 (9th Cir.

1  2015).  And, as signaled at hearing, agreeing with another judge of this court, the court also
2  **denies** Arellano-Mendoza's motion to strike.  *See United States v. Broadbent*, No: 2:19-CR-
3  00155 DJC, 2023 WL 6963438 (E.D. Cal. Oct. 20, 2023).  The court recognizes Arellano-
4  Mendoza's clarification, in one respect, that he is in fact making an overbreadth and not a
5  vagueness challenge, but the court would still arrive at the same conclusion given that Arellano-
6  Mendoza's argument is foreclosed by the precedent of this Circuit.  *See United States v. Juvenile*
7  *Female*, 566 F.3d 943 (9th Cir. 2009).  The court thus declines the invitation to "make history" as
8  Arellano-Mendoza's counsel urges.
9      This order resolves ECF Nos. 32, 33.
10     IT IS SO ORDERED.
11 DATED:  January 17, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE