MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RICHARD ARELLANO-MENDOZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD ARELLANO-MENDOZA,<br>　　　　　　Defendant.<br>================================= | ) No. 2:23-205 DAD<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) THE ADMIT/DENY HEARING<br>)<br>) Requested date: 4-27-2026<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dale A. Drozd<br>) |

It is hereby stipulated between the parties, Justin Lee, Assistant United States Attorney, and Michael D. Long, attorney for defendant RICHARD ARELLANO-MENDOZA, that the status hearing set for March 23, 2026, at 9:30 a.m., before Judge Drozd, should be continued and re-set for April 27, 2026, at 9:30 a.m., before Judge Drozd.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Mr. Long took over the representation of the defendant in January of 2026.  Mr. Long continues to read and view the discovery, investigate the case and meet with his client.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

///

-1-

Dated: February 27, 2026                    Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Richard Arellano-Mendoza

Dated: February 27, 2026                    ERIC GRANT
                                            United States Attorney

                                            /s/ Justin Lee
                                            JUSTIN LEE
                                            Assistant United States Attorney


                        ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for April 27, 2026, at 9:30 a.m., before District Court Judge Dale A. Drozd.


IT IS SO ORDERED.

Dated:    **February 27, 2026**              _Dale A. Drozd_
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE