ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RICHARD ARELLANO-MENDOZA,<br><br>                    Defendant. | CASE NO. 2:23-CR-00205-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 23, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 23, 2026. The parties subsequently requested to continue the case but neglected to include specific language regarding an exclusion of time under the Speedy Trial Act. Because the defendant is not presently prepared for trial given that new defense counsel recently came onto the case, the parties submit this new stipulation and request to exclude time.

2. By this stipulation, defendant now moves to continue the status conference until April 27, 2026, and to exclude time between March 23, 2026, and April 27, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the

following:

a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, and video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Presently defense counsel was appointed in this case on January 20, 2026.

c)      Counsel for defendant desires additional time review the discovery, conduct defense investigation, and otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2026, to April 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

USA V. ARELLANO-MENDOZA

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 3, 2026                          ERIC GRANT
                                               United States Attorney


                                               /s/ JUSTIN L. LEE
                                               JUSTIN L. LEE
                                               Assistant United States Attorney


Dated:  March 3, 2026                          /s/ MICHAEL D. LONG
                                               MICHAEL D. LONG
                                               Counsel for Defendant
                                               Richard Arellano-Mendoza


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for March 23, 2026 is continued until April 27, 2026, at 9:30 a.m. and time is excluded between March 23, 2026, and April 27, 2026, under Local Code T4.


IT IS SO ORDERED.

Dated:   **March 4, 2026**          _____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE