MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RICHARD ARELLANO-MENDOZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, v. RICHARD ARELLANO-MENDOZA, Defendant. | ) No. 2:23-205 DAD ) ) STIPULATION AND ORDER ) TO CONTINUE STATUS HEARING ) ) Requested date: 6-1-2026 ) Time: 9:30 a.m. ) Judge: Hon. Dale A. Drozd |
| ===============================) | |

It is hereby stipulated between the parties, Justin Lee, Assistant United States Attorney, and Michael D. Long, attorney for defendant RICHARD ARELLANO-MENDOZA, that the status hearing set for April 27, 2026, at 9:30 a.m., before Judge Drozd, should be continued and re-set for June 1, 2026, at 9:30 a.m., before Judge Drozd.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Mr. Long took over the representation of the defendant in January of 2026.  Mr. Long continues to read and view the discovery, investigate the case and meet with his client via Zoom (at Taft).  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

-1-

The parties jointly agree that time under the Speedy Trial Act should be excluded under Local Code T4.

Dated:  April 6, 2026                                        Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Richard Arellano-Mendoza

Dated:  April 6, 2026                                        ERIC GRANT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this matter is hereby re-set for June 1, 2026, at 9:30 a.m. Time is excluded under the Speed Trial Act based on attorney preparation from April 27, 2026, through June 1, 2026.

IT IS SO ORDERED.

Dated:  **April 7, 2026**                          _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE