MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RICHARD ARELLANO-MENDOZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, v. RICHARD ARELLANO-MENDOZA, Defendant. | ) No. 2:23-cr-00205 DAD ) ) STIPULATION AND ORDER TO ) CONTINUE STATUS HEARING ) ) Requested date: 6-22-2026 ) Time: 9:30 a.m. ) Judge: Hon. Dale A. Drozd ) |

It is hereby stipulated between the parties, Justin Lee, Assistant United States Attorney, and Michael D. Long, attorney for defendant RICHARD ARELLANO-MENDOZA, that the status hearing set for June 1, 2026, at 9:30 a.m., before Judge Drozd, should be continued and re-set for June 22, 2026, at 9:30 a.m., before Judge Drozd.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Mr. Long will be in a jury trial before Judge Mendez on June 1.  That trial should be completed by June 18.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  AUSA Lee does not object to this requested continuance to June 22, 2026.

The parties jointly agree that time under the Speedy Trial Act should be excluded under Local Code T4.

-1-

Dated: May 18, 2026                          Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Richard Arellano-Mendoza

Dated: May 18, 2026                          ERIC GRANT
                                             United States Attorney

                                             /s/ Justin Lee
                                             JUSTIN LEE
                                             Assistant United States Attorney


                                **ORDER**

      Pursuant to the stipulation of the parties and good cause appearing, the status conference in this matter is hereby re-set for June 22, 2026, at 9:30 a.m. Time is excluded under the Speed Trial Act based on attorney preparation and availability from June 1, 2026, through June 22, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T4.


      IT IS SO ORDERED.

Dated:   **May 18, 2026**                   _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE