ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD ARELLANO-MENDOZA,<br>Defendant. | CASE NO. 2:23-CR-00205-DAD<br><br>STIPULATION TO SET EVIDENTIARY HEARING<br><br>DATE: December 15, 2026<br>TIME: 10:00 AM<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 9, 2026, the parties appeared for Judgment and Sentencing in this matter. Upon consideration of the formal objection filed by the defendant and the argument of the parties, the Court ordered the matter continued for an evidentiary hearing. The Court directed the parties to meet and confer regarding a proposed date.

///

///

///

///

///

2. By this stipulation, the parties now jointly request that the Court schedule the matter for evidentiary hearing on the defendant's formal objection and Judgment and Commitment on December 15, 2026, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: November 18, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: November 18, 2026

/s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
Richard Arellano-Mendoza

**ORDER**

IT IS SO ORDERED.

Dated: **November 18, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE